# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY GRANGER, JR. AND
THERESA ANN SOTO GRANGER

NO.   2025 CW 0531

VERSUS

MK MALL HOLDINGS, L.L.C. AND
ABC INSURANCE COMPANY

**AUGUST 22, 2025**

---

In Re:   Nautilus Insurance Company, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 135724.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's May 16, 2025 judgment which denied the Motion for Summary Judgment filed by defendant, Nautilus Insurance Company, is vacated. Defendant, in its reply, raised multiple objections to evidence submitted by plaintiff, Gregory Granger, Jr., with his opposition. However, the trial court failed to rule on the evidentiary objections. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing whether the court sustains or overrules the objections raised. Accordingly, this matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on defendant's Motion for Summary Judgment, after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(4).

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT